IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTA COOK, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:24-cv-00095 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| CORECIVIC, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Pending before the Court is Plaintiffs' "Second Unopposed Motion for Extension" (Doc. No. 64 "Motion") wherein Plaintiffs ask the Court to the extend their deadline to respond to "Defendants' Motion to Dismiss" (Doc. No. 60) filed on February 28, 2024. Plaintiffs request that the deadline be extended to March 27, 2024. Defendants do not oppose the Motion.

The Motion is **GRANTED**. Plaintiffs shall respond to Defendants' Motion to Dismiss on or before March 27, 2024.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE